August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HENRY BAKER, Appellant

NO. 14-16-00379-CV                                    V.

CRAIG M. COSCARELLI, DALLAS CRAIG HUGHES, AND YVETTE
MASTIN, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 15, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.